**Order entered February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00082-CV

### IN RE HUB GROUP TRUCKING, INC.; WAEL AL-ASHQAR; MAPLETREE TRANSPORTATION, INC.; AND DENNIS EADS, Relators

### Original Proceeding from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-08540

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE